| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sontchi, Christopher S. | 2. Court or Organization<br><br>Delaware - Bankruptcy Court | 3. Date of Report<br><br>7/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

7. Chambers or Office Address

824 Market Street
5th Floor
Wilmington, Delaware 19899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Widener University Law School, adjunct professor; Fall semester | $11,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI: Commission to Study Reform of Chapter 11 and NYC Bankruptcy Conf. | 05/15/2013 - 05/16/2013 | New York, NY | Committee meeting; panel member for seminar | Meals, lodging, tuition, and travel |
| 2. | Turnaround Management Association: Mid-Atlantic Regional Symposium | 06/12/2013 - 06/13/2013 | Atlantic City, NJ | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | ABI: Mid-Atlantic Workshop | 08/08/2013 - 08/09/2013 | Hershey, PA | Panel member for seminar | Meals, lodging, tuition, travel |
| 4. | ABI and Georgetown Law School: Views from the Bench | 09/26/2013 - 09/27/2013 | Washington, DC | Panel member for seminar | Meals, lodging, tuition, and travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sontchi, Christopher S. | 7/10/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Association of Insolvency and Restructuring Advisors: Advanced Restructuring Conf. | 11/17/2013 - 11/18/2013 | New York, NY | Panel member for seminar | Meals, lodging, tuition, entertainment and travel |
| 6. | ABI: Winter Leadership Conf. | 12/04/2013 - 12/07/2013 | Rancho Palos Verdes, CA | Panel members for seminar | Meals, lodging, tuition, and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Educaion Services | Spouse's Education Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sontchi, Christopher S. | 7/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wilmington Trust Company | A | Interest | | | Closed | 01/15/13 | L | | |
| 2. WSFS Bank | A | Interest | M | T | Open | 01/15/13 | L | | |
| 3. DEXSTA Federal Credit Union | A | Interest | K | T | | | | | |
| 4. Brokerage Account #1 | | None | J | T | | | | | |
| 5. 529 Plan #1 | | | | | | | | | |
| 6. - John Hancock, Freedom 529 College 2013-2016 | | None | M | T | | | | | |
| 7. 529 Plan #2 | | | | | | | | | |
| 8. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 9. IRA #1 | | | | | | | | | |
| 10. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 11. - American Funds, Europacific Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 12. - Neuberger Berman Genesis Fund | A | Dividend | J | T | Sold (part) | 01/09/13 | J | | |
| 13. - Columbia Management, Columbia Marsico Focused Equities Fund | A | Dividend | | | Sold (part) | 01/11/13 | J | | |
| 14. | | | | | Sold | 07/18/13 | J | | |
| 15. -PIMCO Commodity Real Return Strategy | A | Dividend | | | Buy (add'l) | 01/09/13 | J | | |
| 16. | | | | | Sold | 05/01/13 | J | | |
| 17. - PIMCO Total Return Fund | A | Dividend | K | T | Sold (part) | 01/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - DWS Rreef Global Real Estate Securities Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 19.  - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 20.  - MFS Research Fund | A | Dividend | K | T | Sold (part) | 01/11/13 | J | | |
| 21.  - JP Morgan Core Bond Fund | A | Dividend | K | T | Sold (part) | 01/11/13 | J | | |
| 22.  - Aston/River Road Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/09/13 | J | | |
| 23.  - Columbia Acorn International Fund | A | Dividend | J | T | Buy (add'l) | 05/01/13 | J | | |
| 24.  - Munder International Small Mid Cap Fund | A | Dividend | | | Sold | 05/03/13 | J | | |
| 25.  - Prudential High Yield Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 26.  - Prudential Jennison Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 27.  - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | J | T | Buy (add'l) | 01/09/13 | J | | |
| 28.  - RS Int'l Growth Fund | A | Dividend | | | Sold | 05/03/13 | J | | |
| 29.  - ASG Global Alternative Fund | A | Dividend | | | Buy (add'l) | 01/09/13 | J | | |
| 30. | | | | | Sold | 05/01/13 | J | | |
| 31.  - Manning & Napier Equity Series Fund | A | Dividend | J | T | Buy (add'l) | 01/09/13 | J | | |
| 32.  - John Hancock Disciplined Value Fund | A | Dividend | K | T | Sold (part) | 01/11/13 | J | | |
| 33.  - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 34.  - Janus Venture Fund | A | Dividend | | | Sold (part) | 01/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/27/13 | J | | |
| 36. - Brown Advisory Growth Equity Fund | A | Dividend | K | T | Buy | 07/18/13 | J | | |
| 37. - MFS International Growth Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 38. - Managers Time Square Small Cap Growth Fund | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 39. - Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 40. - AQR Managed Futures Strategy Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 41. IRA #2 | | | | | | | | | |
| 42. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 43. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 44. IRA #3 | | | | | | | | | |
| 45. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 46. - American Funds, Europacific Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 47. - Neuberger Berman Genesis Fund | A | Dividend | J | T | Sold (part) | 01/09/13 | J | | |
| 48. - Columbia Management, Columbia Marsico Focused Equities Fund | A | Dividend | | | Sold (part) | 01/11/13 | J | | |
| 49. | | | | | Sold | 07/18/13 | J | | |
| 50. -PIMCO Commodity Real Return Strategy | A | Dividend | | | Buy (add'l) | 01/09/13 | J | | |
| 51. | | | | | Sold | 05/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - PIMCO Total Return Fund | A | Dividend | K | T | Sold (part) | 01/09/13 | J | | |
| 53. - DWS Rreef Global Real Estate Securities Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 54. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 55. - MFS Research Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 56. - JP Morgan Core Bond Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 57. - Aston/River Road Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/09/13 | J | | |
| 58. - Columbia Acorn International Fund | A | Dividend | J | T | Buy (add'l) | 05/01/13 | J | | |
| 59. - Munder International Small Mid Cap Fund | A | Dividend | | | Sold | 05/03/13 | J | | |
| 60. - Prudential High Yield Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 61. - Prudential Jennison Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 62. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | J | T | Buy (add'l) | 01/09/13 | J | | |
| 63. - RS Int'l Growth Fund | A | Dividend | | | Sold | 05/03/13 | J | | |
| 64. - ASG Global Alternative Fund | A | Dividend | | | Buy (add'l) | 01/09/13 | J | | |
| 65. | | | | | Sold | 05/01/13 | J | | |
| 66. - Manning & Napier Equity Series Fund | A | Dividend | J | T | Buy (add'l) | 01/09/13 | J | | |
| 67. - John Hancock Disciplined Value Fund | A | Dividend | J | T | Sold (part) | 01/11/13 | J | | |
| 68. - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Janus Venture Fund | A | Dividend | | | Sold (part) | 01/09/13 | J | | |
| 70. | | | | | Sold | 08/27/13 | J | | |
| 71. - Brown Advisory Growth Equity Fund | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 72. - MFS International Growth Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 73. - Managers Time Square Small Cap Growth Fund | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 74. - Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 75. - AQR Managed Futures Strategy Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 76. IRA #4 | | | | | | | | | |
| 77. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 78. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 79. 401(k) Plan #2 | | | | | | | | | |
| 80. - Franklin Templeton Inv., Franklin Income Fund | A | Dividend | J | T | | | | | |
| 81. - The Hartford, Hartford Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 82. - Henderson International Opportunities Fund | A | Dividend | J | T | | | | | |
| 83. - Quaker Funds, Quaker Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 84. - Henderson European Focus Fund | A | Dividend | J | T | | | | | |
| 85. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 87. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |
| 88. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VI, page 4, line 2 (2012 report). This loan was consolidated with loan reference on line 1.

2) Part VII, page 5, line 1: Account closed in 2013.

3) Part VII, page 5, line 2: Account opened in 2013.

4) Part VII, page 5, line 4: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

5) Part VII, page 5, line 11 (2012 report): The entire balance of Baron Funds, Baron Growth Fund was sold on August 7, 2012.

6) Part VII, page 5, line 14: The entire balance of Columbia Management, Columbia Marsico Focused was sold on July 18, 2013.

7) Part VII, page 5, line 16: The entire balance of PIMCO Commodity Real Return Strategy was sold on May 1, 2013.

8) Part VII, page 5, line 17: The name of the fund was changed to PIMCO Total Return Fund.

9) Part VII, page 6, line 18: The name of the fund was changed to DWS Rreef Global Real Estate Securities Fund.

10) Part VII, page 6, line 19 (2012 report): The entire balance of Eaton Vance Large Cap Value Fund was sold on January 12, 2012.

11) Part VII, page 6, line 22 (2012 report): The entire balance of Perkins Mid Cap Value Fund was sold on August 7, 2012.

12) Part VII, page 6, line 24: The entire balance of Munder International Small Mid Cap Fund was sold on May 3, 2013.

13) Part VII, page 6, line 28: The entire balance of RS Int'l Growth Fund was sold on May 3, 2013.

14) Part VII, page 6, line 30: The entire balance of ASG Global Alternative Fund was sold on May 1, 2013.

15) Part VII, page 7, line 35: The entire balance of Janus Venture Fund was sold on August 27, 2013.

16) Part VII, page 7, line 36: This fund was purchased on July 18, 2013.

17) Part VII, page 7, line 37: This fund was purchased on May 3, 2013.

18) Part VII, page 7, line 38: This fund was purchased on August 29, 2013.

19) Part VII, page 7, line 39: This fund was purchased on May 3, 2013.

20) Part VII, page 7, line 40: This fund was purchased on May 3, 2013.

21) Part VII, page 7, line 40 (2012 report): The entire balance of Baron Funds, Baron Growth Fund was sold on August 7, 2012.

22) Part VII, page 7, line 48 (2012 report): The entire balance of Eaton Vance Large Cap Value Fund was sold on January 12, 2012.

23) Part VII, page 7, line 49: The entire balance of Columbia Management, Columbia Marsico Focused was sold on July 18, 2013.

24) Part VII, page 7, line 51: The entire balance of PIMCO Commodity Real Return Strategy was sold on May 1, 2013.

25) Part VII, page 7, line 51 (2012 report): The entire balance of Perkins Mid Cap Value Fund was sold on August 7, 2012.

26) Part VII, page 8, line 52: The name of the fund was changed to PIMCO Total Return Fund.

27) Part VII, page 8, line 53: The name of the fund was changed to DWS Rreef Global Real Estate Securities Fund.

28) Part VII, page 8, line 59: The entire balance of Munder International Small Mid Cap Fund was sold on May 3, 2013.

29) Part VII, page 8, line 63: The entire balance of RS Int'l Growth Fund was sold on May 3, 2013.

30) Part VII, page 8, line 65: The entire balance of ASG Global Alternative Fund was sold on May 1, 2013.

31) Part VII, page 9, line 70: The entire balance of Janus Venture Fund was sold on August 27, 2013.

32) Part VII, page 9, line 71: This fund was purchased on July 18, 2013.

33) Part VII, page 9, line 72: This fund was purchased on May 3, 2013.

34) Part VII, page 9, line 73: This fund was purchased on August 29, 2013.

35) Part VII, page 9, line 74: This fund was purchased on May 3, 2013.

36) Part VII, page 9, line 75: This fund was purchased on May 3, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544